■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON J. BORGES, Appellant. [855 NYS2d 405]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered May 21, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY E. CAPTON, Appellant. [855 NYS2d 406]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered July 18, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of marihuana in the second degree.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD J. MESICK, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered December 6, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.